UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHELLE RIDOLA,<br><br>        Plaintiff,<br><br>    v.<br><br>C & L WU, LLC, et al.,<br><br>        Defendants. | Case No.17-cv-06564-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. No. 25 |

Plaintiff, having advised the Court that the parties have agreed to a settlement of this case,

**IT IS HEREBY ORDERED** that this case be dismissed without prejudice; provided,

however, that if any party hereto shall certify to this Court, within **ninety** days, with proof of

service of a copy thereon on opposing counsel, that the agreed consideration for said settlement

has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith

be restored to the calendar to be set for trial.

Dated: August 21, 2018

SALLIE KIM
United States Magistrate Judge